IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL J. MARTIN,**

    *Petitioner*,

v.                                  Case No.: 4:22cv25-MW/MAF

**RICKIE DIXON,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Petitioner's objections, ECF No. 26.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 25, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**." A certificate of appealability is **DENIED**. This Court certifies that an appeal of this Order would not

be in good faith, and thus, leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall close the file.

      **SO ORDERED on September 26, 2023.**

                                    <u>s/Mark E. Walker</u>
                                    **Chief United States District Judge**